# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156406(66)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

JOEL EUSEVIO DAVIS,
     Defendant-Appellee.
_____/

SC: 156406
COA: 332081
Wayne CC: 15-005481-FH

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his brief is GRANTED. The brief submitted on October 5, 2018, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2018



Clerk